570 A.2d 966

STATE OF NEW JERSEY v. CARLOS MONTEALEGRE.

October 31, 1989.

Petition for certification denied.

570 A.2d 966

STATE OF NEW JERSEY v. RAFAEL A. DEL POZO PEREZ.

October 31, 1989.

Petition for certification denied.

570 A.2d 966

STATE OF NEW JERSEY v. CRATEN QUANN.

October 31, 1989.

Petition for certification denied.

570 A.2d 967

STATE OF NEW JERSEY v. SCOTT KOSIT.

October 31, 1989.

Petition for certification denied.

570 A.2d 967

STATE OF NEW JERSEY v. RONALD BYARD.

October 31, 1989.

Petition for certification denied.